SLIP OPINION

Cite as 2016 Ark. 284

# SUPREME COURT OF ARKANSAS

No. D-16-530

| | |
|---|---|
| IN RE JAMES PAUL CLOUETTE<br>ARKANSAS BAR NO. 74025 | **Opinion Delivered** June 23, 2016<br><br>PETITION FOR VOLUNTARY<br>SURRENDER OF LAW LICENSE<br><br><br>PETITION GRANTED. |

**PER CURIAM**

On recommendation of the Supreme Court Committee on Professional Conduct, and in lieu of disciplinary proceedings, we hereby accept the voluntary surrender of the license of James Paul Clouette of Searcy County, Arkansas, to practice law in the State of Arkansas. In his petition to voluntarily surrender his law license, filed with this court on June 14, 2016, Mr. Clouette acknowledges that in Pulaski County Circuit Court No. 60CR-15-1816, he entered a plea of no contest to a Class D felony possession of a Schedule II controlled substance, for an incident that occurred on April 1, 2015. Mr. Clouette also states that he wishes to avoid the expense, stress, and publicity of addressing his conduct through disciplinary proceedings.

Therefore, the name of James Paul Clouette shall be removed from the registry of licensed attorneys, and he is barred and enjoined from engaging in the practice of law in the State of Arkansas.

Petition granted.